# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**GINA VIAR,**

    Plaintiff,

v.

**MEDINA MANAGEMENT COMPANY, LLC D/B/A MEDINA AUTO MALL,**

    Defendant.

**JUDGE DAN A. POLSTER**

**CASE NO. 1:21-CV-01138-DAP**

**Approved.**
**It is SO ORDERED.**
**s/*Dan Aaron Polster***
**United States District Judge**
**November 17, 2021**

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) plaintiff Gina Viar and defendant Medina Management Company, LLC d/b/a Medina Auto Mall hereby stipulate that this matter is dismissed (i) with prejudice with respect to the named plaintiff, and (ii) without prejudice with respect to putative unnamed class members. Each party shall bear its own costs and fees.